United States District Court
for the
Southern District of Florida

| | |
|---|---|
| World Fuel Services, Inc., Plaintiff,<br><br>v.<br><br>ABC Aerolíneas, S.A. de C.V. d/b/a Interjet, Defendant. | )<br>)<br>)<br>)  Civil Action No. 20-23670-Civ-Scola<br>)<br>)<br>) |

## Default Judgment

The Plaintiff has moved for a default judgment consistent with Federal Rule of Civil Procedure 55(b)(2). Previously, the Clerk of the Court entered a default under Rule 55(a). "A defendant, by his default, admits the plaintiff's well-pleaded allegations of fact," as set forth in the operative complaint. *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). In issuing a default judgment, a court may award damages "without a hearing [if the] amount claimed is a liquidated sum or one capable of mathematical calculation," as long as "all essential evidence is already of record." *S.E.C. v. Smyth*, 420 F.3d 1225, 1231, 1232 n.13 (11th Cir. 2005) (quoting *Adolph Coors Co. v. Movement Against Racism & the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985)).

The Complaint alleges that the Defendant breached its contract to pay the Plaintiff for the fuel it received over a period of approximately six months. The Plaintiff has filed affidavits establishing that it suffered damages in the amount of $10,731,060.40, consisting of $10,366,504.26 in compensatory damages, plus prejudgment interest in the amount of $364,004.38 and costs in the amount of $551.76. (*See* Pl.'s Decl., ECF No. 20 at ¶6.)

After having considered the Motion, the record, and the relevant legal authorities, the Court **grants** the Motion for Default Judgment (**ECF No. 17**). The Court **enters judgment** in favor of the Plaintiff, World Fuel Services, and against the Defendant ABC Aerolíneas, S.A. de C.V. d/b/a Interjet, in the amount of $10,731,060.40, for which sum let execution issue. Interest upon this judgment amount will accrue at the applicable legal rate. The Defendant's last known address is set forth below.

**Done and ordered** at Miami, Florida, on November 12, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*

ABC Aerolíneas, S.A. de C.V.

C/O M.L. Rivero & Associates, LLC

1313 Ponce de Leon Blvd., Suite 201

Coral Gables, FL 33134